Case 1:09-cv-00739-LJO-SMS   Document 28   Filed 12/22/09   Page 1 of 4

| | |
|---|---|
| 1 | DARRYL J. HOROWITT #100898 |
|   | KURT V. JAENIKE, #112537 |
| 2 | COLEMAN & HOROWITT, LLP |
|   | Attorneys at Law |
| 3 | 499 West Shaw, Suite 116 |
|   | Fresno, California 93704 |
| 4 | Telephone: (559) 248-4820 |
|   | Facsimile: (559) 248-4830 |



FILED

DEC 18 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Defendant, Counter-Claimant, and Cross-Claimant, WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

CLINICA SIERRA VISTA, a California non-profit corporation,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE; WELLS FARGO BANK, NATIONAL ASSOCIATION; et al.,

    Defendants.

_____

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Counter-Claimant,

v.

CLINICA SIERRA VISTA, a California corporation,

    Counter-Defendant.

_____

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Cross-Claimant,

v.

SEQUOIA COMMUNITY HEALTH FOUNDATION, INC., a California corporation,

    Cross-Defendant.

Case No. 1:09-cv-00739-LJO-SMS

**STIPULATED JUDGMENT ON CROSS-COMPLAINT AND ORDER THEREON**

C:\WINDOWS\Temp\notes101AA1\StipJdgmnt.9-18-09.J.wpd

1

Case No. 1:09-cv-00739-LJO-SMS
STIPULATED JUDGMENT ON CROSS-COMPLAINT

This Stipulated Judgment is entered into by and between Cross-Complainant, WELLS FARGO BANK, NATIONAL ASSOCIATION ("Cross-Complainant") and Cross-Defendant, SEQUOIA COMMUNITY HEALTH FOUNDATION, INC., a California corporation ("Cross-Defendant"), on the following recitals and agreements.

## RECITALS

This Stipulated Judgement is entered with the following facts taken into consideration:

A. On or about July 27, 2009, Cross-Complainant caused to be filed a cross-complaint against Cross-Defendant in conjunction with the underlying action (hereinafter "the Cross-Complaint").

B. By way of the Cross-Complaint, Cross-Complainant alleged that Cross-Defendant was indebted to Cross-Complainant in the sum of $500,000.00 for breach of contract.

C. Cross-Defendant denies that it is obligated to Cross-Complainant for any amounts and has threatened to defend the Cross-Complaint, while Cross-Complainant has threatened to prosecute the Cross-Complaint.

D. The parties hereto are agreeable to settlement in order to avoid the costs of prosecuting and defending the cross-complaint.

## STIPULATION

With the above facts taken into consideration and in consideration of the mutual terms, provisions, covenants, understandings, and agreements set forth herein, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate and agree, as follows:

1. <u>Stipulated Judgment</u>. Judgment shall be entered in favor of Cross-Complainant and against Cross-Defendant in the total principal sum of $500,000.00 together with interest at the rate of 4% per annum from August 10, 2008, through September 30, 2009, in the sum of $9,611.12, and attorney's fees in the sum of $16,000.00, for a total judgment of $525,611.12.

2. <u>Electronic and Facsimile Signatures</u>. An electronic and/or facsimile signature shall be considered as valid as an original for purposes of this Stipulated Judgment.

///

///

3. <u>Entry of Judgment</u>. The clerk of the Court is hereby directed to enter judgment in accordance with the terms of this Stipulated Judgment.

Dated: December 16, 2009

WELLS FARGO BANK, NATIONAL ASSOCIATION

By: */s/ Michael Riffle*
Its: Vice President - Relationship Manager

Dated: October 15, 2009

SEQUOIA COMMUNITY HEALTH FOUNDATION, INC., a California corporation

By: */s/ William Ham*
Its: Chairman, Board of Directors

**APPROVED AS TO FORM:**

Dated: October 15, 2009

MOTSCHIEDLER, MICHAELIDES & WISHON, LLP

By: */s/ Justin D. Harris*
JUSTIN D. HARRIS
Attorneys for Cross-Defendant,
SEQUOIA COMMUNITY HEALTH FOUNDATION, INC.,
a California corporation

Dated: December 16, 2009

COLEMAN & HOROWITT, LLP

By: */s/ Darryl J. Horowitt*
DARRYL J. HOROWITT
Attorneys for Cross-Claimant,
WELLS FARGO BANK, NATIONAL ASSOCIATION

///

///

///

3

C:\WINDOWS\Temp\notes101AA1\StipJdgmnt.9-18-09.J.wpd

Case No. 1:09-cv-00739-LJO-SMS
STIPULATED JUDGMENT ON CROSS-COMPLAINT

*Clinica Sierra Vista, etc. v.*
*Internal Revenue Service, et al.*
Case No. 1:09-cv-00739-LJO-SMS

## ORDER AND JUDGMENT

The parties having so stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Court shall accept this Stipulated Judgment of the parties. The Court further orders that judgment be entered in favor of Plaintiff, WELLS FARGO BANK NATIONAL ASSOCIATION, against Defendant, SEQUOIA COMMUNITY HEATH FOUNDATION, in the total principal sum of $500,000.00 together with interest at the rate of 4% per annum from August 10, 2008, through September 30, 2009, in the sum of $9,611.12, and attorney's fees in the sum of $16,000.00, for a total judgment of $525,611.12.

Dated: December 18, 2009

HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE