DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
KURT V. JAENIKE #112537
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendant, Counter-Claimant, and Cross-Claimant, WELLS FARGO BANK, NATIONAL ASSOCIATION

FILED
DEC 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| CLINICA SIERRA VISTA, a California non-profit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE; WELLS FARGO BANK, NATIONAL ASSOCIATION; et al.,<br><br>            Defendants. | Case No. 1:09-cv-00739-LJO-SMS<br><br>**ORDER AND JUDGMENT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>            Counter-Claimant,<br>    v.<br><br>CLINICA SIERRA VISTA, a California corporation,<br><br>            Counter-Defendant. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>            Cross-Claimant,<br>    v.<br><br>SEQUOIA COMMUNITY HEALTH FOUNDATION, INC., a California corporation,<br><br>            Cross-Defendant. | |

1

*Clinica Sierra Vista, etc. v.*
*Internal Revenue Service, et al.*
Case No. 1:09-cv-00739-LJO-SMS

The Court, having reviewed the Stipulation Regarding Disbursement of Interpleader Funds, the papers and pleadings on file herein and finding good cause therefor,

IT IS HEREBY ORDERED that the Court judgment be entered in favor of Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION, and against Plaintiff CLINICA SIERRA VISTA, INC.

IT IS FURTHER ORDERED that of the interpled funds of $232,553.57 currently on deposit with the Court, $2,500.00 shall be disbursed to CLINICA SIERRA VISTA, INC., and the balance of $230,053.57 shall be disbursed to WELLS FARGO BANK, NATIONAL ASSOCIATION.

IT IS FURTHER ORDERED that upon disbursement of funds as ordered herein, the Interpleader Action shall be dismissed with prejudice.

Dated: Dec 18 2009

HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE