# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICA SIERRA VISTA,<br><br>            Plaintiff,<br>    vs.<br><br>INTERNAL REVENUE SERVICE,<br>et al.,<br><br>            Defendants.<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | CASE NO. CV F 09-0739 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 47.) |

Plaintiff's counsel filed a notice that settlement has been reached. Although the notice is unclear, this Court surmises that the parties have settled all claims, including counter-claims and cross-claims. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 11, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the September 17, 2010 hearing on the motion to amend, October 21, 2010 settlement conference, November 2, 2010 pretrial conference, and December 13, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   September 14, 2010**          /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE