IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICA SIERRA VISTA,<br><br>            Plaintiff,<br><br>      vs.<br><br>INTERNAL REVENUE SERVICE,<br>et al.,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTER AND<br>CROSS ACTIONS<br>_____/ | CASE NO. CV F 09-0739 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 51.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action, including counter and cross actions;

2.   VACATES all pending matters; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 6, 2010**                    /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE